UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEVIN GAREY,

    *Plaintiff,*

v.

LANDS' END, INC.,

    *Defendant.*

CASE NO.: 1:19-CV-01663-RA

**JOINT STIPULATION FOR DISMISSSAL *WITH PREJUDICE***

---

    Plaintiff, KEVIN GAREY, and Defendant, LANDS' END, INC., by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(ii), hereby stipulate to the dismissal of the instant action *with prejudice*, with each party to bear its own attorneys' fees and costs.

Jonathan Shalom, Esq.
**SHALOM LAW PLLC**
124-04 Metropolitan Avenue
Kew Gardens, NY 11415
Telephone: (718) 971-9474
Facsimile: (718) 865-0943
Email: JShalom@jonathanshalomlaw.com

*Attorneys for Plaintiff*

Dated: 6-14-19

Saima Z. Sheikh, Esq.
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza, 14th Floor
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
Email: ssheikh@bakerlaw.com

*Attorneys for Defendant*

Dated: 6/14/19

1